```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  MANUEL U. ARAUJO
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
 4  Telephone:  (408) 291-7753

 5  Counsel for Defendant PERDOMO-SOTO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            ) <br>   Plaintiff,  ) <br>            ) <br>   v.       ) <br>            ) <br> LUIS PERDOMO-SOTO,  ) <br>            ) <br>   Defendant.  ) <br>_____ ) | No.  CR-10-00373 - RMW <br><br>**STIPULATION TO CONTINUE SENTENCING DATE AND [] ORDER** |

The parties, the United States of America, and defendant, Luis Perdomo-Soto, through their respective counsel, and subject to the Court's approval, stipulate and agree that the Court move the sentencing date in this case from October 3, 2011 to October 17, 2011, at 9:00 a.m.  The defendant's counsel has a conflict in his calendar.  He needs to attend Magistrate Court in Salinas, California on said date.  The Probation Office has indicated to the parties that the October 17, 2011, date is acceptable.

Dated: September 26, 2011                Respectfully submitted,

                                         _____/S/_____
                                         MANUEL ARAUJO,
                                         Attorney for Defendant


Dated: September 26, 2011                _____/S/_____
                                         EUMI CHOI,
                                         Assistant United States Attorney

STIPULATION TO CONTINUE SENTENCING DATE
AND [] ORDER
No. CR-10-00373 - RMW

**[] ORDER**

1
2
3    WHEREFORE, based on the above, the COURT HEREBY ORDERS that the sentencing
4  date in the above-captioned case is moved from October 3, 2011 to October 17, 2011.
5  DATED: JEDI FF
6                                                                    *Ronald M. Whyte*
                                                                       RONALD M. WHYTE,
                                                                       United States District Court Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE SENTENCING DATE
AND [] ORDER
No. CR-10-00373 - RMW