| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | MANUEL U. ARAUJO |
|   | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
|   | San Jose, CA  95113 |
| 4 | Telephone:  (408) 291-7753 |
| 5 | Counsel for Defendant PERDOMO-SOTO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR-10-00373 - RMW |
|   | ) |   |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
|   | ) | **SENTENCING DATE AND** |
| v. | ) | **[PROPOSED] ORDER** |
|   | ) |   |
| LUIS PERDOMO-SOTO, | ) |   |
|   | ) |   |
| Defendant. | ) |   |

The parties, the United States of America, and defendant, Luis Perdomo-Soto, through their respective counsel, and subject to the Court's approval, stipulate and agree that the Court move the sentencing date in this case from October 17, 2011 to November 14, 2011, at 9:00 a.m.  The parties need additional discuss resolution of a material issue.  The additional time will enable the parties to attempt to resolve the issue without the need of an evidentiary hearing.  We attempted to notify U.S. Probation Office Aylin Raya of this filing but was not available.

Dated: October 14, 2011                     Respectfully submitted,

                                            _____/S/_____
                                            MANUEL ARAUJO,
                                            Attorney for Defendant


                                            _____/S/_____
Dated: October 14, 2011                     EUMI CHOI,
                                            Assistant United States Attorney

STIPULATION TO CONTINUE SENTENCING DATE
AND [] ORDER
No. CR-10-00373 - RMW

**[~~PROPOSED~~] ORDER**

WHEREFORE, based on the above, the COURT HEREBY ORDERS that the sentencing date in the above-captioned case is moved from October 17, 2011 to November 14, 2011.

DATED:  _____

_____
RONALD M. WHYTE,
United States District Court Judge

STIPULATION TO CONTINUE SENTENCING DATE
AND [] ORDER
No. CR-10-00373 - RMW