1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant PERDOMO-SOTO

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 UNITED STATES OF AMERICA,         )   No.  CR-10-00373 - RMW
                                     )
12         Plaintiff,                )
                                     )   **STIPULATION TO CONTINUE**
13                                   )   **SENTENCING DATE AND**
       v.                            )   **[PROPOSED] ORDER**
14                                   )
   LUIS PERDOMO-SOTO,                )
15                                   )
           Defendant.                )
16 _____   )

17     The parties, the United States of America, and defendant, Luis Perdomo-Soto, through their

18 respective counsel, and subject to the Court's approval, stipulate and agree that the Court move

19 the sentencing date in this case from December 12, 2011 to January 9, 2012, at 9:00 a.m.

20 Defense counsel has not completed his investigation into a factual matter raised by the

21 Presentence Report and the Government's position regarding a material fact.  The additional time

22 will enable the defense to complete its investigation and potentially enable the parties to resolve

23 ///

24 ///

25 ///

26 ///

27 ///

28

STIPULATION TO CONTINUE SENTENCING DATE
AND [ ORDER
No. CR-10-00373 - RMW

1  the issue without the need of an evidentiary hearing.  The Probation Office has indicated to the
2  parties that the January 9, 2012, date is acceptable.
3  Dated: December 1, 2011                    Respectfully submitted,

4                                             _____/S/_____
                                               MANUEL ARAUJO,
5                                              Attorney for Defendant

6
                                               _____/s/_____
7  Dated: December 1, 2011                    EUMI CHOI,
                                               Assistant United States Attorney
8

9
                           **[PROPOSED]** ORDER
10

11
       WHEREFORE, based on the above, the COURT HEREBY ORDERS that the sentencing
12
   date in the above-captioned case is moved from December 12, 2011 to January 9, 2012.
13
                                               *Ronald M. Whyte*
14  DATED: FGD IFF                             _____
                                               RONALD M. WHYTE,
15                                             United States District Court Judge

STIPULATION TO CONTINUE SENTENCING DATE
AND [] ORDER
No. CR-10-00373 - RMW