BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant PERDOMO-SOTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR-10-00373 - RMW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **SENTENCING DATE TO** |
| v. | ) | **FEBRUARY : , 2012 AND** |
| | ) | **[] ORDER** |
| LUIS PERDOMO-SOTO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties, the United States of America, and defendant, Luis Perdomo-Soto, through their

respective counsel, and subject to the Court's approval, stipulate and agree that the Court move

the sentencing date in this case from January 9, 2012 to February 8, 2012, at 10:00 a.m.  The

continuance is requested by the defendant's counsel for the following reasons.  On November 6,

2011, defense counsel's eighty-eight year old mother broke her hip.  On November 9, 2011,

defense counsel made his final argument in the case of United States vs.  Suibin Zhang.  CR 05-

00812 RMW.  Between November 9, 2011, through November 25, 2011, defense counsel took

leave to attend to his mother who after overcoming complications, had hip surgery on November

12, 2011.  A number of complications arose due to counsel's mother's age, health, and the effects

of major surgery.  On November 22, 2011, counsel's mother's doctors sent her home where she

received hospice care and with the expectation that she would die shortly.   Counsel's mother

died on December 13, 2011, and was buried on December 20, 2011.  Because of these reasons

and counsel's case load, he has not had sufficient time to complete his investigation and/or complete a supplemental pleading regarding whether the defendant is entitled to a safety value departure from the mandatory minimum sentence. Defense counsel will also not be available during the week of January 3, 2012, and therefore cannot complete his work during that week.

Defense counsel has conferred with Untied States Probation Officer Aylin Raya, and she has no objection to the proposed date.

IT IS SO STIPULATED.

DATED: January 3, 2012                    Respectfully submitted,


                                          _____/S/_____
                                          MANUEL ARAUJO,
                                          Attorney for Defendant

DATED: January 3, 2012                    _____/S/_____
                                          EUMI CHOI,
                                          Assistant United States Attorney


**[] ORDER**


WHEREFORE, based on the above, the COURT HEREBY ORDERS that the sentencing date in the above-captioned case be moved from January 9, 2012 to February 8, 2012, at 10:00 a.m.


DATED: __FILED_____              *Ronald M. Whyte*
                                          RONALD M. WHYTE,
                                          United States District Court Judge


STIPULATION TO CONTINUE SENTENCING DATE
No. CR-10-00373 - RMW